[No. 59737-0-I.   Division One.   April 21, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. J.M.D., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-8-03050-0, Carol A. Schapira, J., entered February 21, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 59749-3-I.   Division One.   April 21, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD WAYNE ADAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 06-1-00745-2, Charles R. Snyder, J., entered March 6, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 59805-8-I.   Division One.   April 21, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. MARY LOUISE CLAY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-1-01161-3, George N. Bowden, J., entered March 20, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 59875-9-I.   Division One.   April 21, 2008.]

WASHINGTON ASSIGNED RISK PLAN, *Appellant*, v. OFFICE OF THE INSURANCE COMMISSIONER, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-26751-6, Bruce W. Hilyer, J., entered March 27, 2007. *Affirmed* by unpublished opinion per Lau, J., concurred in by Becker and Ellington, JJ.